UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-against-

MICHAEL KELLERMAN,

Defendant.

**ORDER**

18 Cr. 723 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

It is hereby ORDERED that the sentencing of the Defendant, previously scheduled for January 7, 2020, will take place on **April 6, 2020 at 4:00 p.m.** Any submissions on behalf of the Defendant are due on **March 9, 2020,** and any submission by the Government is due on **March 23, 2020**.

Dated: New York, New York
January 6, 2020

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge