# Stephen G. McCarthy, Jr.
Attorney at Law
101 Avenue of the Americas, Suite 942
New York, New York 10013
www.sgmccarthy.com

Admitted to the Bar in
New York, New Jersey
and Florida

(212) 925-5901
Fax (212) 925-5904
sgmccarthy@sligotribeca.com

## MEMO ENDORSED

*The Bureau of Prisons, medical unit, is directed to arrange for Defendant Kellerman to receive a follow-up medical examination concerning his recent hip surgery.*

SO ORDERED:
*Paul G. Gardephe*
Paul G. Gardephe, U.S.D.J.
Jan. 23, 2020

January 21, 2020

Honorable Paul G. Gardephe
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

Re: The United of States of
America vs. Michael Kellerman;
Case #1:18-cr-00723-PGG-3.

Dear Judge Gardephe,

I represent the above captioned individual on a matter currently pending before your Honor, next on for sentencing on April 6, 2020.

Mr. Kellerman was injured while in federal custody, and required emergency surgery.

I am writing to respectfully request that the court issue an instruction to the U.S. Department of Corrections, Medical Unit, and request that Mr. Kellerman be brought the Bellevue Hospital Center, Ortho Clinic, located at 462 1st Avenue, New York, New York 10016, for a follow-up medical examination, following his emergency hip surgery, done back on October 18, 2020.

## Stephen G. McCarthy, Jr.
Attorney at Law

Mr. Kellerman was previously scheduled for, and attended a follow-up medical examination back on, December 23, 2019, at the Kingsbrook Jewish Medical Center, however, that center turned him away as Mr. Kellerman wasn't under their care for the surgery.

If the court would please instruct the U.S. Department of Corrections Medical Unit to take Mr. Kellerman to the correct hospital and bring Mr. Kellerman to Bellevue Hospital Center, Ortho Clinic, for a follow-up medical examination, I would be grateful

Thank you in advance for the court's kind attention to this matter.

Respectfully submitted,

Stephen G. McCarthy, Jr