UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-against-

MICHAEL KELLERMAN,

Defendant.

**ORDER**

18 Cr. 723 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

It is hereby ORDERED that the sentencing of the Defendant, previously scheduled for April 6, 2020, will take place on **May 5, 2020 at 4:00 p.m.** Any submissions on behalf of the Defendant are now due on **April 10, 2020**, and any submission by the Government is due on **April 24, 2020**.

Dated: New York, New York
       March 5, 2020

SO ORDERED.

Paul G. Gardephe
United States District Judge