UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-against-

MICHAEL KELLERMAN,

Defendant.

**ORDER**

18 Cr. 723 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

   It is hereby ORDERED that the sentencing of the Defendant, previously scheduled for May 5, 2020, will take place on **July 1, 2020 at 4:00 p.m.** in Courtroom 705 of of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York.

Dated: New York, New York
    April 22, 2020

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge