UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>-against-<br><br>MICHAEL KELLERMAN,<br><br>Defendant. | **ORDER**<br><br>18 Cr. 723 (PGG) |

PAUL G. GARDEPHE, U.S.D.J.:

WHEREAS, with the defendant's consent, his guilty plea allocution was taken before a United States Magistrate Judge on October 4, 2019;

WHEREAS, a transcript of the allocution was made and thereafter was transmitted to this Court; and

WHEREAS upon review of that transcript, as supplemented by the proceeding conducted on August 6, 2020, this Court has determined that the defendant entered the guilty plea knowingly and voluntarily and that there was a factual basis for the guilty plea;

IT IS HEREBY ORDERED that the defendant's guilty plea is accepted.

Dated:  New York, New York
        August 6, 2020

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge