UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States of America

v.

Michael Kellerman,

                Defendant.

**Order of Restitution**

**S2 18 Cr. 723 (PGG)**

      Upon the application of the United States of America, by its attorney, Geoffrey S. Berman, United States Attorney for the Southern District of New York, Michael K. Krouse, Sheb Swett, and Juliana N. Murray, Assistant United States Attorneys, of counsel; the presentence investigation report; the Defendant's conviction on Count Two of the above Information; and all other proceedings in this case, it is hereby ORDERED that:

      **1. Amount of Restitution.** Michael Kellerman, the Defendant, shall pay restitution in the total amount of $2,094,903.97 to the victims of the offense charged in Count Two of the Information. The names, addresses, and specific amounts owed to the victims are set forth in the schedule attached hereto.  Upon advice of a change of address, the Clerk of the Court is authorized to send payments to the new address without further order of this Court.

09.10.2013

Dated: New York, New York

   September 3   , 2020

                                             HON. PAUL G. GARDEPHE
                                             UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| United States of America | **Schedule for Order of Restitution** |
|---|---|
| v. | **S2 18 Cr. 723 (PGG)** |
| Michael Kellerman, | |
| Defendant. | |

| Name | Address | Loss Amount |
|---|---|---|
| Medicare | CMS<br>Division of Accounting Operations<br>P.O. Box 7520<br>Baltimore, MD 21207-0502 | $1,041,064 |
| Medicaid | New York State Department of Health<br>New York State Office of the Medicaid Inspector General<br>Bureau of Collections Management<br>800 North Pearl Street<br>Albany, NY 12204 | $1,053,839.97 |

09.10.2013