UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-against-

MICHAEL KELLERMAN,

Defendant.

**ORDER**

18 Cr. 723 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

      It is hereby ORDERED that the (S2) Information and waiver of indictment (Dkt. No. 96) are unsealed.

Dated: New York, New York
       September 11, 2020

SO ORDERED.

*Paul G. Gardephe*

Paul G. Gardephe
United States District Judge